**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN C. CALDERON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>P. COVELLO,<br><br>　　　　Respondent. | No.  2:21-CV-2084-KJM-DMC-P<br><br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for the appointment of counsel, ECF No. 7.

　　　　There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner,</u> 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel, ECF No. 7, is denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: February 1, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE